UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

In the Matter of the termination of                                           ORDER
Referral to Magistrate Judge

_____

      **ORDERED** that the referral to the Honorable Andrew T. Baxter, U.S. Magistrate Judge in the following case has been terminated. This case will be decided directly, without Report and Recommendation, by the Honorable Mae A. D'Agostino, U.S. District Judge:

| **Case Number** | **Caption** |
| --- | --- |
| 5:14-cv-364 (MAD/ATB) | Teachout v. Commissioner of Social Security |

**IT IS SO ORDERED.**

Dated: April 3, 2015
Albany, New York

                                                 Gary L. Sharpe
                                                 Chief U.S. District Judge